**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**FRANCISCO GOMEZ,**

        **Plaintiff,**

**-vs-**                                                                 **Case No. 6:09-cv-576-Orl-31GJK**

**UNITED FORMING, INC.,**

        **Defendant.**

## ORDER

This matter comes before the Court on the Motion to Dismiss (Doc. 45) filed by the Defendant, United Forming, Inc. ("United Forming"). United Forming seeks dismissal of three Plaintiffs who opted into this FLSA case – Alfonso Gomez, Marcos Gomez, and Marcos Velasquez – on the grounds that they, *inter alia*, have failed to respond to discovery requests that were due on October 16, 2009, and which have been the subject of multiple letters and other attempts to contact these parties by United Forming.[1] These Plaintiffs' response to the instant motion was due February 15, 2010, but no such response has been filed. It is clear that these Plaintiffs have abandoned this case. Accordingly, it is hereby

**ORDERED** that the Motion to Dismiss (Doc. 45) is **GRANTED**, and the claims of

---

[1]The Plaintiffs' counsel withdrew on November 24, 2009, and so far as the record discloses, the Plaintiffs have not retained substitute counsel.

Alfonso Gomez, Marcos Gomez, and Marcos Velasquez are **DISMISSED WITHOUT PREJUDICE**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 24, 2010.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE